IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY,
LEXINGTON DIVISION

**JENNIFER TRAPP**

      **PLAINTIFF,**

**V.**

                                  Case No. 5:17-cv-00287

**EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,**

      **DEFENDANTS.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff Jennifer Trapp and Defendant Capital One Bank (USA), N.A. ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted the 5th of October, 2017.

| | |
|---|---|
| *James H. Lawson (with permission)* | */s/  Reid S. Manley* |
| James R. McKenzie | Reid S. Manley (KY Bar 90360) |
| J. Hays Lawson | BURR & FORMAN LLP |
| Credit Defense Attorneys, PLLC | 420 20th Street North, Suite 3400 |
| 115 S. Sherrin Avenue, Suite 4 | Birmingham, Alabama 35203 |
| Louisville, KY 40207 | Tel:  (205) 458-5439 |
| james@creditdefenseky.com | Fax:  (205) 244-5675 |
| hays@creditdefenseky.com | rmanley@burr.com |
| *Attorneys for Plaintiff* | |
| | *Attorney for Defendant* |
| | *Capital One Bank (USA), N.A.* |

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 5th day of October, 2017:

James Hays Lawson
Credit Defense Attorneys, PLLC
115 South Sherrin Avenue, Suite 4
Louisville, KY  40207
james@kyconsumerlaw.com

James R. McKenzie
Credit Defense Attorneys, PLLC
115 South Sherrin Avenue, Suite 4
Louisville, KY  40207
jmckenzie@jmckenzieatty.com

Margaret Jane Brannon
Jackson Kelly PLLC – Lexington
175 East Main Street, Suite 500
P.O. Box 2150
Lexington, KY  40588-2150
mjbrannon@jacksonkelly.com

Christopher J. Sears
Cipriani & Werner, P.C.
500 Lee Street East, Suite 900
Charleston, WV  25301
csears@c-wlaw.com

Jennifer Anne Lynch
Cipriani & Werner, P.C.
500 Lee Street East, Suite 900
Charleston, WV  25301
jlynch@c-wlaw.com

Maxwell David Smith
Ward, Hocker & Thornton, LPPC
333 West Vine Street, Suite 1100
Lexington, KY  40507
Max.Smith@whtlaw.com

MAILED FIRST CLASS MAIL TO:

Christopher A. Hall
Jones Day – Chicago
77 West Wacker
Chicago, IL  60601-1692


Tyndall Federal Credit Union
3109 Minnesota Avenue
Panama City, FL  32405

                                          */s/ Reid S. Manley* _____
                                          OF COUNSEL