UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| JENNIFER TRAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. |
| v. ) | 17-cv-287-JMH |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., et al., ) | **ORDER** |
| ) | |
| Defendants. | |

\*\*\*

In light of the Joint Stipulation of Plaintiff and Defendant Credit One Bank, N.A. [DE 44], **IT IS ORDERED** that all claims against Defendant Credit One Bank, N.A., are **DISMISSED WITH PREJUDICE**, with each party to bear her or its own costs, expenses, and attorney's fees. All claims against the other remaining parties not otherwise dismissed remain pending at this time.

This the 21st day of November, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge