```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| JENNIFER TRAPP, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Case No. |
| v. | )   17-cv-287-JMH |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., et al., | )   **ORDER** |
| | ) |
| Defendants. | |

                               ***

In light of the Joint Stipulation of Dismissal with Prejudice as to Defendant Synchrony Bank [DE 51], **IT IS ORDERED** that all claims against Defendant Synchrony Bank are **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs. All claims against the other remaining parties not otherwise dismissed remain pending at this time.

This the 16th day of March, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge