# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Jennifer Trapp<br>*Plaintiff*<br><br>v.<br><br>Experian Information Solutions, Inc. *et al.*<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   5:17-cv-00287-JMH |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### COLLECTION BUREAU OF FT. WALTON BEACH, INC.

Please take notice that Plaintiff Jennifer Trapp and Defendant Collection Bureau of Ft. Walton Beach, Inc. have settled all claims between the parties. No money was paid by Defendant Collection Bureau of Ft. Walton Beach, Inc. in exchange for this settlement. The parties request the Court remand the pretrial hearing and trial date. When the settlement is final the parties will file a joint stipulation of dismissal with prejudice.

Respectfully submitted,

/s/ James R. McKenzie
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
*Co-counsel for Plaintiff*
*Jennifer Trapp*

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561

E-mail: james@kyconsumerlaw.com
*Co-counsel for Plaintiff*
*Jennifer Trapp*

### CERTIFICATE OF SERVICE

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 4th day of October, 2018, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James R. McKenzie
James R. McKenzie
*Counsel for Plaintiff*
*Jennifer Trapp*

2