# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Jennifer Trapp | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.   5:17-cv-00287-JMH |
| | ) | |
| Experian Information Solutions, Inc. *et al.* | ) | |
| *Defendants* | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT COLLECTION BUREAU OF FT. WALTON BEACH, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jennifer Trapp

and Defendant Collection Bureau of Ft. Walton Beach, Inc. hereby stipulate to the dismissal

with prejudice of Plaintiff's claims against Defendant Collection Bureau of Ft. Walton Beach,

Inc. in the above-styled action. The parties shall each bear their own costs, expenses, and

attorney's fees.

HAVE SEEN AND APPROVED:

| | |
|---|---|
| /s/ James R. McKenzie | /s/ Katherine Maria Saldanha Olson (by permission) |
| **James R. McKenzie** | Katherine Maria Saldanha Olson |
| *James R. McKenzie Attorney, PLLC* | *Messer Strickler, Ltd.* |
| 115 S. Sherrin Avenue, Suite 5 | 225 W. Washington Street, Suite 575 |
| Louisville, KY 40207 | Chicago, IL 60606 |
| Tel:    (502) 371-2179 | Tel:    (312) 334-3469 |
| Fax:    (502) 257-7309 | Fax:    (312) 334-3473 |
| jmckenzie@jmckenzielaw.com | kolson@messerstrickler.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Jennifer Trapp* | *Collection Bureau of Ft. Walton Beach, Inc.* |

James H. Lawson
*Lawson at Law, PLLC*

1

115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Jennifer Trapp*