```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

JENNIFER TRAPP,                )
                               )
    Plaintiff,               )
                               )          Civil Case No.
v.                             )          17-cv-287-JMH
                               )
EXPERIAN INFORMATION           )
SOLUTIONS, INC., et al.,       )          **ORDER**
                               )
    Defendants.

                                            \*\*\*

In light of the parties' Stipulation and the Agreed Order Dismissing with Prejudice as to Defendant Collection Bureau of Fort Walton Beach, Inc. [DE 71], **IT IS ORDERED:**

(1) that the claims against Defendant Collection Bureau of Fort Walton Beach, Inc., are **DISMISSED WITH PREJUDICE**, with each party bearing her or its own costs and attorney's fees.

(2) that all pending claims for relief or motions are **DISMISSED AS MOOT**;

(3) that all scheduled proceedings are **CONTINUED GENERALLY**;

(4) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET.**

This the 10th day of October, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge